UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT SANGO,

    Plaintiff,

v.

DAPHNE JOHNSON, et al.,

    Defendants.
_____/

Case No. 13-12808

SENIOR UNITED STATES DISTRICT JUDGE
ARTHUR J. TARNOW

MAGISTRATE JUDGE MARK A. RANDON

**ORDER ADOPTING REPORT AND RECOMMENDATION [51] AND DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION TEMPORARY RESTRAINING ORDER [25, 26, 30, 32, 39, 48] AND ORDERING OTHER RELIEF**

On March 4, 2014, Magistrate Judge Randon issued a Report and Recommendation [51] after a phone conference held on February 24, 2014 that Plaintiff's Motion for Temporary Restraining Order [25, 26, 30, 32, 39, 48] be denied without prejudice and Plaintiff be afforded other relief. Specifically, Magistrate Judge Randon recommended

    1. ARUS Ault should be ordered not to retaliate against Sango;

    2. ARUS Ault should be ordered to instruct the correctional officers under his control not to retaliate against Sango;

    3. During the pendency of this case, Sango should be ordered to request the legal supplies he needs from ARUS Ault or his successor;

    4. ARUS Ault should ensure Sango's reasonable requests for the legal supplies he needs to prosecute this case are granted; and,

    5. ARUS Ault should be ordered to ensure Sango receives the appropriate health care pursuant to MDOC policy.

The Court having reviewed the record, the Report and Recommendation [51] of the Magistrate Judge is hereby **ADOPTED** and is entered as the findings and conclusions of the Court.

**IT IS ORDERED** that Plaintiff's Motion for Temporary Restraining Order [25, 26, 30, 32, 39, 48] is **DENIED without prejudice**;

**IT IS FURTHER ORDERED** that Plaintiff is afforded the other relief elucidated in this order and the Report and Recommendation [51].

**SO ORDERED**.

s/Arthur J. Tarnow
ARTHUR J. TARNOW
SENIOR U.S. DISTRICT JUDGE

Dated: March 6, 2014

_____

### CERTIFICATE OF SERVICE

I hereby certify on March 6, 2014 that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was mailed to the following non-registered ECF participants on March 6, 2014: **Robert Sango.**

s/Michael E. Lang
Case Manager to
District Judge Arthur J. Tarnow
(313) 234-5182