UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Robert Sango,

    Plaintiff,

v.

Daphne Johnson, et al.,

    Defendants.
_____/

Case No. 13-12808

Senior United States District Judge
Arthur J. Tarnow

Magistrate Judge David R. Grand

**ORDER ADOPTING REPORT AND RECOMMENDATION [203], OVERRULING PLAINTIFF'S OBJECTION [117]; GRANTING DEFENDANTS JOHNSON, RUSSELL AND MACEACHERN'S MOTION TO DISMISS [92], GRANTING DEFENDANTS CABALLERO, COLE, DELL, ELLISON, GUTHRIE, HOGAN, HUGHES, MCDAID, PEEL, RIVARD, ROWELY, SCHNEIDER AND SHAWLTZ'S MOTION FOR SUMMARY JUDGMENT [153], GRANTING DEFENDANT MCCLELLAND'S MOTION TO DISMISS [160], GRANTING DEFENDANT STEVE BENN'S MOTION TO DISMISS [162], DENYING PLAINTIFF'S MOTIONS FOR SUMMARY JUDGMENT [188, 196] AND PLAINTIFF'S MOTIONS TO "DENY DEFENSE" [157, 171, 177], AND CLOSING CASE**

On October 29, 2014, the Magistrate Judge issued a Report and Recommendation (R&R) [203] recommending the Court grant Defendants Daphne Johnson, Kenneth MacEachern, and Richard Russell'S Motion to Dismiss [92], Defendants Dustin Caballero, Andrew Cole, John Dell, Andrew Ellison, Nick Guthrie, Hogan, Kelly S. Hughes, Joseph McDaid, Peel, Steven Rivard, David Rowley, L. Schnieder, and Shawltz's Motion for Summary Judgment [153], Defendant Janet McClelland'S—captioned as "John Doe"—Motion to Dismiss [160], and Defendant

Steve Benn's Motion to Dismiss [162] and deny Plaintiff's Motions for Summary Judgment [188, 196] and "Deny Defense" Motions [157, 171, 177]. Plaintiff filed an Objection [117].

On October 29, 2014, the Magistrate Judge issued an (R&R) [205] recommending that the Court deny Plaintiff's Motion for Default Judgment Defendants Jeffrey Davis and Inspector Olson [190] and dismiss Plaintiff's claims against Defendants Jeffrey Davis and Inspector Olson. Plaintiff filed an Objection [117].

This Court reviews objections to an R&R on a dispositive motion *de novo. See* 28 U.S.C. § 636(b)(1)(c). Making some objections to an R&R, but failing to raise others, will not preserve all objections a party may have to the report and recommendation. *McClanahan v. Comm'r of Soc. Sec.*, 474 F.3d 830, 837 (6th Cir. 2006). Objections that are filed must be specific. *Frontier Ins. Co. v. Blaty*, 454 F.3d 590, 596 (6th Cir. 2006).

Plaintiff's objections are without merit. Plaintiff objects to the R&R's [203] recommendation to grant the Motions to Dismiss [92, 160, 162] by simply reiterating the procedural and substantive law in the R&R [203] without stating any specific objection. Plaintiff objects to the R&R's [203] recommendation to grant the Motion for Summary Judgment [153] by simply disputing that he did not complete the internal

grievance procedure without offering any proof of that claim. Neither of those objections are specific enough to sustain. The remainder of Plaintiff's objections are difficult to discern and also not specific enough to give the Court reason to sustain them.

The Court having reviewed the record, the R&Rs [203, 205] of the Magistrate Judge are hereby **ADOPTED** and are entered as the findings and conclusions of the Court. Further, the Court adopts the basis for dismissing Davis and Olson elaborated in the R&R [205] to dismiss the remaining unserved Defendants—Ray Finco, Kevin Nevin, Officer Jansen. Accordingly,

**IT IS ORDERED** that Defendants Daphne Johnson, Kenneth MacEachern, and Richard Russell'S Motion to Dismiss [92] is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendants Dustin Caballero, Andrew Cole, John Dell, Andrew Ellison, Nick Guthrie, Hogan, Kelly S. Hughes, Joseph McDaid, Peel, Steven Rivard, David Rowley, L. Schnieder, and Shawltz's Motion for Summary Judgment [153] is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant Janet McClelland'S—captioned as "John Doe"—Motion to Dismiss [160] is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant Steve Benn's Motion to Dismiss [162] is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Default Judgment against Defendants Jeffrey Davis and Inspector Olson [190] is **DENIED**.

**IT IS FURTHER ORDERED** that Defendants Jeffrey Davis, Inspector Olson, Ray Finco, Kevin Nevin, Officer Jansen are **DISMISSED *SUA SPONTE***.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Summary Judgment [188, 196] are **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff's "Deny Defense" Motions [157, 171, 177] are **DENIED**.

**THIS CASE IS CLOSED.**

**SO ORDERED**.

s/Arthur J. Tarnow
ARTHUR J. TARNOW
SENIOR U.S. DISTRICT JUDGE

Dated: March 18, 2015